IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARKO BOZILOVIC,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | No. 15-91 |
| **ERIC HOLDER, JR., ATTORNEY GENERAL, ET AL.,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW,** this 5th day of February, 2016, upon consideration of "[The Government's] Motion for Judgment on the Pleadings or in the Alternative for Summary Judgment" (doc. no. 10), "Plaintiff's Motion for Judgment on the Pleading or in the Alternative for Summary Judgment" (doc. no. 11), and the *de novo* hearing held on June 29, 2015 pursuant to 8 U.S.C. § 1421(c), it is hereby **ORDERED** that:

- The Government's Motion for Summary Judgment (doc. no. 10) is **GRANTED**.

- Plaintiff's Motion for Summary Judgment (doc. no. 11) is **DENIED**.

- Plaintiff's N-400 Application for Naturalization is **DENIED**.

- The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**